

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS CRUZ,<br><br>Defendant. | Case No. CR 16-798-GW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On August 31, 2021, Defendant made his initial appearance on the <u>amended</u> petition for revocation of supervised release and warrant for arrest issued on August 3, 2021. Deputy Federal Public Defender Lakeshia Adeniyi-Dorsey was appointed to represent Defendant.

//
//
//

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition include defendant's continued use of methamphetamine, failure to complete a residential substance abuse treatment program,.

☐ Defendant has not provided any bail resources

☐ Defendant has prior arrests for failures to appear and probation violations.

B.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition (see above)

☒ history of substance abuse

### III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: August 31, 2021

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE